PROB 12A
(4/08) Revised

# United States District Court
## for the
## DISTRICT OF MARYLAND

### Report on Offender Under Supervision



FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 18 2008

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Offender: Michael Whitley

Case Number: AMD-02CR0370

Sentencing Judicial Officer: Andre M. Davis, U.S. District Judge

Court Location: Baltimore, Maryland

Date of Original Sentence: 4/11/2003

Original Offense: Bank Robbery

Original Sentence: 0 months Custody with 3 year(s) Supervised Release to follow

Type of Supervision: TSR

Date Supervision Commenced: 4/8/2008

Date Supervision Expires: 4/7/2011

## NON-COMPLIANCE SUMMARY

On April 18, 2008, Mr. Whitley was released to the Western District of North Carolina to begin his three (3) year period of supervised release with a special condition of substance abuse treatment. On June 5, 2008, Mr. Whitley tested positive for marijuana.

## U.S. PROBATION OFFICER ACTION

No action of the court is requested at this time. Mr. Whitley was reprimanded verbally for the positive urinalysis and the Western District of North Carolina is requesting transfer of jurisdiction to be able to adequately address this and any future issues.

Respectfully Submitted By:

_Stephanie V. Lee_

Stephanie V. Lee, Supervisory U.S. Probation Officer

August 7, 2008

Date

## COURT ACTION

[✓] Agree with USPO action
[ ] Disagree, Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Disagree, Submit a Request for Warrant or Summons
[ ] Disagree, Other

_Andre M. Davis_

Andre M. Davis, U.S. District Judge

8/18/08

Date